# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ, | Case No.  1:24-cv-00487-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| UNKNOWN, | (ECF No. 2) |
| Defendant. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Antonio Rodriguez ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on April 24, 2024, together with a motion to proceed *in forma pauperis*.  (ECF Nos. 1, 2.)

Plaintiff's application to proceed *in forma pauperis* is incomplete.  Although Plaintiff signed the form, he did not complete any questions on the form.  Plaintiff also failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form.  Plaintiff must appropriately complete the form and submit a certified copy of his trust account statement if he wishes for the application to be considered.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, **including a certified copy of his trust account statement for the past six months**, or in the alternative, pay the $405.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **April 25, 2024**               /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2