# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | Case No.  1:24-cv-00487-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>Doc. 6 |

Plaintiff Antonio Rodriguez is a county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2024, the assigned magistrate judge issued an order directing plaintiff to submit a completed application to proceed in forma pauperis or pay the $405.00 filing fee to proceed with this action.  Doc. 4.  Following plaintiff's failure to respond to the court's order or otherwise communicate with the court regarding his application or payment of the filing fee, on June 11, 2024, the magistrate judge issued findings and recommendations to dismiss this action, without prejudice, for failure to obey a court order and failure to prosecute this action.  Doc. 6. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 3.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on June 11, 2024, Doc. 6, are adopted in full;
2. This action is dismissed, without prejudice, for failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 18, 2024

_____
UNITED STATES DISTRICT JUDGE